IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr6-MHT |
| | ) | (WO) |
| MATTHEW ELLIOTT SHASHY | ) | |

ORDER

The court having been orally informed that the mental-health evaluations of defendant Matthew Elliot Shashy will not be completed until the morning of April 17, 2017, it is ORDERED that the telephone status conference, now set for April 13, 2017, is reset for April 18, 2017, at 10:00 a.m.

DONE, this the 13th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**